USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
1042 II REALTY, INC, :
:
                    Plaintiff, :
        -against- :
:    21-CV-2761 (VEC)
OCWEN LOAN SERVICING, LLC, :
:    <u>ORDER</u>
                   Defendant. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on March 31, 2021, Defendant filed a notice of removal in this matter, Dkt. 1;

       WHEREAS on April 7, 2021, Defendant filed a Motion to Dismiss, Dkt. 5; and

       WHEREAS Plaintiff has yet to appear in this action;

       IT IS HEREBY ORDERED that Plaintiff's response in opposition to the Motion to Dismiss is due no later than **Friday, April 30, 2021**. Plaintiff is reminded that it may file an Amended Complaint in lieu of filing a response. *See* Rule 4(E)(i) of the undersigned's Individual Practices in Civil Cases. If Plaintiff responds in opposition to the Motion, Defendant's reply in support of the Motion is due no later than **Friday, May 7, 2021**.

       IT IS FURTHER ORDERED that by no later than **Friday, April 16, 2021**, Defendant must serve this Order on Plaintiff. Defendant must file proof of service on the docket by no later than **Monday, April 19, 2021**.

       IT IS FURTHER ORDERED that Plaintiff's counsel must file a notice of appearance by no later than **Friday, April 23, 2021**.

**SO ORDERED.**

                                                                                     _____

**Date:  April 13, 2021**                              **VALERIE CAPRONI**
        **New York, New York**                  **United States District Judge**