USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
1042 II REALTY, INC,

                               Plaintiff,

               -against-

                                     21-CV-2761 (VEC)

OCWEN LOAN SERVICING, LLC,

                                     ORDER

                             Defendant.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 8, 2021, the parties called Chambers with a discovery dispute; and

       WHEREAS the parties explained that Plaintiff's 30(b)(6) witness invoked his Fifth Amendment privilege against self-incrimination at his deposition;

       IT IS HEREBY ORDERED that upon receipt of the transcript from today's deposition, Defendant may file a letter with the Court, no more than three pages in length, indicating whether Defendant plans to file a motion related to this issue.  At that time, the Court will decide whether to grant leave to file such a motion and if leave is granted, the Court will set a full briefing schedule.  The Court will refrain from deciding the cross Motions for Summary Judgment until after this issue is resolved.

**SO ORDERED.**

**Date:  July 8, 2021**
**         New York, New York**

                                                                             **VALERIE CAPRONI**
                                                                               United States District Judge