USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
1042 II REALTY, INC,                                 :
                                                     :
                                    Plaintiff,       :
                  -against-                          :
                                                     :            21-CV-2761 (VEC)
OCWEN LOAN SERVICING, LLC,                           :
                                                     :            ORDER
                                    Defendant.       :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

        WHEREAS a status conference in this matter is scheduled for Tuesday, October 12, 2021

at 3:00 P.M., Dkt. 53;

        IT IS HEREBY ORDERED that due to a conflict in the Court's calendar, the status

conference is adjourned to **Tuesday, October 12, 2021 at 4:30 P.M.**

        IT IS FURTHER ORDERED that at the hearing, the Court will hold oral argument on

Defendant's motion for an adverse inference order.  *See* Dkt. 48.  Additionally, the parties should

come to the hearing prepared to discuss the other motions pending before the Court.  *See* Dkt. 5;

Dkt. 16.

        IT IS FURTHER ORDERED that the conference will be held in Courtroom 443 of the

Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York

10007.  Per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who

appears at any SDNY courthouse must complete a questionnaire and have his or her temperature

taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will

save time and effort upon entry.  Only those individuals who meet the entry requirements

established by the questionnaire will be permitted entry.  Please contact chambers promptly if

you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must

comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend by dialing

1-888-363-4749, using the access code 3121171 and the security code 2761.  All of those

accessing the hearing are reminded that recording or rebroadcasting of the proceeding is

prohibited by law.


**SO ORDERED.**

**Date:   September 27, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.