USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
1042 II REALTY, INC, :
:
                               Plaintiff, :
             -against- :
:   21-CV-2761 (VEC)
PHH MORTGAGE CORPORATION, :
:   ORDER
                             Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 12, 2021, the parties appeared for oral argument on Defendant's motion for adverse inferences;

    WHEREAS at the hearing, Plaintiff stated on the record that it is not arguing that it detrimentally relied on the loan acceleration; and

    WHEREAS neither party objects to replacing Defendant Ocwen Loan Servicing, LLC with PHH Mortgage Corporation.

    IT IS HEREBY ORDERED that for the reasons stated on the record, Defendant's motion is DENIED without prejudice.

    The Clerk of Court is respectfully directed to close the open motion at docket entry 48. The Clerk of Court is further directed to replace Defendant Ocwen Loan Servicing, LLC with PHH Mortgage Corporation on the docket and to change the case caption to *1042 II Realty, Inc. v. PHH Mortgage Corporation*.

**SO ORDERED.**

Date:  October 12, 2021
         New York, NY

                                              **VALERIE CAPRONI**
                                              **United States District Judge**