**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
1042 II REALTY, INC.,

                      Plaintiff,                      21 **CIVIL** 2761 (VEC)

        -against-                             **JUDGMENT**

PHH MORTGAGE CORPORATION,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 31, 2022, Defendant's motion to dismiss is DENIED, and Plaintiff's cross-motion for summary judgment is GRANTED. Judgment is entered in Plaintiff's favor. The mortgage at issue in this matter that encumbers the property located at 1042 College Avenue, Bronx, New York, is cancelled and discharged; accordingly, this case is closed.

**Dated:** New York, New York
          January 31, 2022

                                                    **RUBY J. KRAJICK**
                                                     Clerk of Court
                                      BY:
                                                       Deputy Clerk